IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                             No. 1:12-cr-10040-JDB-10

HRONDY TARVUS ROGERS,

    Defendant.

ORDER DIRECTING CLERK TO OPEN CASE AND FILE DOCUMENT

The Defendant, Hrondy Tarvus Rogers, has filed a motion alleging that the Federal Bureau of Prisons has miscalculated his release date, resulting in his continuing incarceration beyond the sentence imposed in this case. (Docket Entry ("D.E.") 654.) The document is in the nature of a petition pursuant to 28 U.S.C. § 2241. *See Pierce v. United States*, No. 3:12-0121, 2012 WL 1900921, at *2 n.2 (M.D. Tenn. May 24, 2012) ("a prisoner's challenge to the execution of his sentence . . . must be filed under 28 U.S.C. § 2241") (citing *Sutton v. United States,* 172 F.3d 873 (6th Cir. 1998)).

The Clerk is therefore DIRECTED to open a new case in which the document at D.E. 654 in the present case is filed as a case-initiating § 2241 petition.

IT IS SO ORDERED this 7th day of February 2023.

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE